# United States District Court

## for the
## Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAR 0 7 2008 ★
BROOKLYN OFFICE

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Robert A. Sasso**  Case Number **CR-08-132**

Name of Sentencing Judicial Officer: **The Honorable William Sessions III, U.S. District Judge. On March 3, 2008, jurisdiction was transferred from the District of Vermont to the Eastern District of New York, due to the offender's new arrests.**

Name of EDNY Judicial Officer: **The Honorable Sterling Johnson, Jr., Senior U.S. District Judge**

Date of Original Sentence: **July 14, 2005**

Original Offense: **False Statements, in violation of 18 U.S.C. 1001, a Class D felony**

Original Sentence: **Time Served, followed by two years supervised release**

Revocation Sentence: **On September 14, 2006, the Court revoked the offender's term of supervised release and sentenced him to 10 month imprisonment, followed by one year of supervised release. As special conditions of supervised release, the Court ordered the offender to: (1) not possess a firearm, destructive device, or any other dangerous weapon; (2) cooperate in the collection of DNA as directed by the probation officer; (3) not incur new credit charges or open additional lines of credit without the approval of the probation officer until the financial obligation is paid in full; (4) permit the probation officer access to any requested financial information until the financial obligation is paid in full; and (5) participate in a program approved by the U.S. Probation Office for mental health and substance abuse.**

Type of Supervision: **Supervised Release**   Date Supervision Re-commenced: **April 6, 2007**

Assistant U.S. Attorney: **Grace Cucchissi, Esq.**   Defense Attorney: **Michelle Gelernt, Esq.**

## PETITIONING THE COURT

☐ To issue a warrant, AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.

☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On or about August 6, 2007, the offender violated the following standard condition of supervision: *"[the offender] shall not commit another federal, state or local crime."* |
| 2. | On or about August 6, 2007, the offender violated the following special condition of supervision: *"[the offender] shall not possess a firearm or other dangerous weapon."* |
| 3. | On or about August 7, 2007, the offender violated the following standard condition of supervision: *"[the offender] shall not commit another federal, state or local crime."* |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be
    ☒ Revoked
    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty that the foregoing is true and correct.

Respectfully submitted by:

*Margaret A. Foley*
Margaret A. Foley
Senior U.S. Probation Officer
Date: March 7, 2008

Approved by:

*Eileen Kelly*
Eileen Kelly
Senior Deputy Chief U.S. Probation Officer
Date: March 7, 2008

THE COURT ORDERS:

☐ No Action
☐ The Issuance of a Warrant, AND ADDITIONALLY ORDERS THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.
☒ The Issuance of a Summons.
☐ Other

_____
Signature of Judicial Officer

3/7/08
Date