# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

June 19, 2008

Judge Sterling Johnson Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

By Hand & ECF

Re: U.S.A. v. Robert Sasso 08-CR-132 (SJ)

Your Honor:

I write to provide the Court copies of the certificates of disposition for Mr. Sasso's two Queens County Criminal Court matters, 2007QN043677 and 2007QN043678. Both matters have been dismissed and sealed.

Respectfully Submitted,

Michelle Gelernt
Staff Attorney
(718) 330-1204

cc: AUSA Grace Cucchissi
USPO Margaret A. Foley
Clerk of the Court via ECF

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS                              CERTIFICATE OF DISPOSITION
                                                  NUMBER:   84415
THE PEOPLE OF THE STATE OF NEW  YORK
                   VS
```

| | |
|---|---|
| SASSO, ROBERT | 08/10/1981 |
| Defendant | Date of Birth |
| 14-35 26 AVENUE | 8953469R |
| Address | NYSID Number |
| ASTORIA              NY   11102 | 08/07/2007 |
| City            State    Zip | Date of Arrest/Issue |

Docket Number: 2007QN043677          Summons No:

120.10 120.05 265.01
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|---|---|---|---|
| 05/20/2008 | DISMISSED AND SEALED | BRANDT, D C | AP6 |

**SEALED**

*pursuant to Section 160.50 of the CPL*

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY         _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE   _ ACCUSATORY INSTRUMENT   _ DOCKET BOOK/CRIMS   _ CRC3030[CRS963]

       I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

WADDELL, A                                    05/27/2008
COURT OFFICIAL SIGNATURE AND SEAL             DATE         FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

THE PEOPLE OF THE STATE OF NEW YORK
VS

CERTIFICATE OF DISPOSITION
NUMBER: 84416

SASSO, ROBERT
Defendant

08/10/1981
Date of Birth

14-35 26 AVENUE
Address

8953469R
NYSID Number

ASTORIA          NY
City         State   Zip

08/07/2007
Date of Arrest/Issue

Docket Number: 2007QN043678

Summons No:

215.15 240.30 240.30 240.30
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|---|---|---|---|
| 05/20/2008 | DISMISSED AND SEALED | BRANDT, D C | AP6 |

**SEALED**
Pursuant to Section 160.50 of the CPL

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY    _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

WADDELL, A
COURT OFFICIAL SIGNATURE AND SEAL

05/27/2008
DATE         FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)